UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br><br>------------------------------<br><br> NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS, <br><br>        Plaintiff - Appellee, <br><br> v. <br><br> SARAH FELDMAN; HONDO JAN, <br><br>        Objectors - Appellants, <br><br> v. <br><br> APPLE INC., <br><br>        Defendant - Appellee. | No. 23-15416 <br><br> D.C. No. 5:18-md-02827-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **ORDER** |

This case is RELEASED from the Mediation Program.

vs/mediation

FOR THE COURT:

Stephen M. Liacouras
Chief Circuit Mediator