No. 23-15416

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In re: APPLE INC. DEVICE PERFORMANCE LITIGATION,

NAMED PLAINTIFFS AND
SETTLEMENT CLASS MEMBERS
*Plaintiffs-Appellees*,

v.

SARAH FELDMAN; HONDO JAN,
*Objectors-Appellants*, and

DEBORAH PANTONI,
*Objector-Appellant*

v.

APPLE INC.,
*Defendant-Appellee.*

On Appeal from the Northern District of California
Civil Action No. 5:18-md-02827
Hon. Edward J. Davila

**STIPULATION RE: DISMISSAL
PURSUANT TO FRAP RULE 42(b)**

| | |
|---|---|
| Kendrick Jan | John J. Pentz |
| Kendrick Jan, APC | Law Offices of John J. Pentz |
| 225 Broadway, Ste. 2220 | 18 Damon Street |
| San Diego, CA 92101 | Wayland, MA 01778 |
| (619) 231-7702 | (978) 985-4668 |
| kj@jan-law.com | jjpentz3@gmail.com |

*Attorneys for Appellants Feldman & Jan*

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellants and Appellees in the above-captioned matter agree to the dismissal of the appeal therein with each party to bear its/their own fees and costs.

Appellants and Appellees further request the appeal in the captioned matter, docketed as Case No. 23-15416, be dismissed by the Circuit Clerk consistent with Rule 42(b).

It is so stipulated and agreed:

**Appellees/Plaintiffs**, by:

CLASS COUNSEL, by:
KAPLAN FOX & KILSHEIMER LLP
COTCHETT, PITRE & McCARTHY LLP

Date: May 26, 2023

/s/ *Laurence King*
Name: Laurence King

**Appellee/Defendant Apple Inc**., by:

GIBSON, DUNN & CRUTCHER LLP,
Attorneys for Apple Inc., by:

Date: May 26, 2023

*/s/ Christopher Chorba*
Name: Christopher Chorba

**Appellants Feldman & Jan**, by:

Kendrick Jan, APC,
Attorney for Appellants, by:

Date: May 26, 2023

*/s/ Kendrick Jan*
Kendrick Jan

Law Offices of John J. Pentz,
Attorney for Appellants, by:

Date: May 26, 2023

*/s/ John J. Pentz*
John J. Pentz