| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 8 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: APPLE INC. DEVICE PERFORMANCE LITIGATION,

-------------------------------

NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS,

      Plaintiff-Appellee,

v.

SARAH FELDMAN; HONDO JAN,

      Objectors-Appellants,

v.

APPLE INC.,

      Defendant-Appellee.

No. 23-15416

D.C. No. 5:18-md-02827-EJD
Northern District of California,
San Jose

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 8), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                      FOR THE COURT:

                      By: Stephen M. Liacouras
                      Chief Circuit Mediator